IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DARLIE LYNN ROUTIER, | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil No. SA-05-CA-1156-FB |
| LORIE DAVIS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutional Division, | § § § § | |
| Respondent. | § § | |

## JOINT STATUS REPORT

TO THE HONORABLE COURT:

Counsel for Petitioner Darlie Lynn Routier and Respondent Lorie Davis respectfully submit this Joint Status Report. Since the filing of the parties' previous Joint Status Report, the Texas Department of Public Safety – in consultation with the state court trial judge and counsel for both Petitioner and the Dallas County District Attorney's office – has continued DNA testing on the items identified for testing in the state trial court's amended DNA testing order. The DPS laboratory reported partial reports on that testing in a report dated July 19, 2018. On November 28, 2018, the state trial court judge issued an order providing for Y-STR DNA testing of five additional items. As of the time of this report, that Y-STR testing has not been completed.

In light of the ongoing proceedings in the state court, the parties submit that good cause exists for the Court to continue to hold this case in abeyance.

DATED:  December 17, 2018                    Respectfully submitted,


                 */s/ Richard A. Smith*
Richard Burr
   Texas Bar No. 24001005
BURR & WELCH, PC
412 Main Street, Suite 1100
Houston, Texas  77002
(713) 628-3391
(713) 893-2500 (fax)

J. Stephen Cooper
   Texas Bar No. 04780100
3514 Cedar Springs Road
Dallas, Texas  75219
(214) 522-0670
(866) 840-3860 (fax)

Richard Smith, P.C.
   Texas Bar No. 24027990
8350 N. Central Expressway, Suite 1111
Dallas, Texas  75206
(214) 242-6484 – telephone
(214) 265-1950 – fax


COUNSEL FOR PETITIONER
DARLIE LYNN ROUTIER

/s/ Tomee M. Heining
Tomee M. Heining
Assistant Attorney General
Office of the Attorney General
Criminal Appeals Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1600
(512) 320-8132 (fax)

COUNSEL FOR RESPONDENT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the Attorney General for the State of Texas, Counsel for Respondent, on December 17, 2018, via ECF filing and by mailing a copy of the instrument, with first class postage affixed to:

Tomee Heining, Esquire
Assistant Attorney General
Office of the Attorney General
Criminal Appeals Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

/s/ Richard A. Smith
Richard A. Smith