UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DARLIE LYNN ROUTIER,** | § § § | |
| Petitioner, | § § | **CIVIL NO. SA-05-CA-1156-FB** |
| v. | § § | ***  DEATH PENALTY CASE  *** |
| | § § | |
| **LORIE DAVIS, Director,** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division,** | § § § | |
| Respondent. | § | |

## ORDER APPOINTING CO-COUNSEL

Pending before the Court is petitioner Darlie Lynn Routier's unopposed motion for appointment of co-counsel filed June 22, 2020. (ECF No. 77). Petitioner's current lead counsel, Richard Burr, filed this motion on petitioner's behalf requesting the appointment of qualified co-counsel to assist in representing petitioner in the instant proceedings. Specifically, counsel requests that Jeremy Schepers of the Federal Public Defender (FPD) for the Northern District of Texas be appointed as counsel in the instant proceedings. Counsel contends that FPD maintains a Capital Habeas Unit that specializes in § 2254 cases, and will not require any funding from this Court for attorney fees, investigation funding, or any other expenses.

Having reviewed the motion, the Court finds that petitioner is entitled to the appointment of co-counsel by the provisions of 18 U.S.C. § 3599(a)(2). *See McFarland v. Scott,* 512 U.S. 849, 855-58 (1994). The Court further finds that Mr. Schepers possesses the background, knowledge, and experience to enable him to represent petitioner with due consideration to the seriousness of the possible penalty and the unique and complex nature of the litigation, and is qualified and willing to accept this appointment as counsel.

Accordingly, it is hereby **ORDERED** that petitioner's unopposed motion for appointment of co-counsel, filed June 22, 2020 (ECF No. 77), is **GRANTED**, and attorney **Jeremy Schepers** of the Northern District of Texas FPD is appointed as co-counsel for petitioner herein.

It is further **ORDERED** that attorney **Jeremy Schepers** file a motion for admission *pro hac vice* in compliance with Local Rule AT-1(f)(2) within ten (10) days of this Order.

It is so ORDERED.

SIGNED this 24th day of June, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE