IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DARLIE LYNN ROUTIER, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 5:05-cv-01156-FB |
| § | (Death Penalty Case) |
| ERIC GUERRERO, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent. § | |

## JOINT STATUS REPORT

Darlie Lynn Routier is a Texas death-sentenced inmate who challenged the constitutional validity of her conviction and sentence in federal court pursuant to 28 U.S.C. § 2254. On June 29, 2009, this Court stayed and administratively closed this cause "until the proceedings connected to the DNA testing and retesting have run their course in the state court." ECF[1] No. 53, Order at 2. The Court ordered both parties to file a joint status report every 180 days, advising this Court on the current status of Routier's efforts to obtain DNA-testing in the state court. ECF No. 60. A current status report is now due.

The Director is not a party to the state court DNA action and possesses no independent knowledge of those proceedings. However, on February 18, 2025, the undersigned counsel contacted Cynthia Garza, Chief of the

---

[1] "ECF" refers to the Electronic Case Filing system for the Western District, following by the docket number entry and, where applicable, page number.

Conviction Integrity Unit for the Dallas County District Attorney's Office, who confirmed that DNA testing remained ongoing, and was likely to continue. Therefore, the Director believes that good cause exists for the Court to continue to hold this case in abeyance.

The undersigned contacted Routier's counsel of record, Richard Smith, on February 19, 2025. He agrees that proceedings are ongoing in the state court and that the Court should continue to hold this case in abeyance.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
for Criminal Justice

TOMEE M. HEINING
Acting Chief, Criminal Appeals Division

/s/ Rachel Elizabeth Gartman
_____
*RACHEL ELIZABETH GARTMAN
Assistant Attorney General
Texas Bar No. 24109911

*Lead counsel

Office of the Attorney General
Criminal Appeals Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548

Rachel.gartman@oag.texas.gov
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

ATTORNEYS FOR RESPONDENT


/s/ Richard A. Smith
_____
Richard Burr
    Texas Bar No. 24001005
BURR & WELCH, PC
412 Main Street, Suite 1100
Houston, TX  77002
(713) 628-3391
(713) 8983-2500 (fax)

J. Stephen Cooper
    Texas Bar No. 04780100
4711 Gaston Ave.
Dallas, TX  75246
(214) 522-0670
(866) 840-3860 (fax)

Richard Smith, P.C.
    Texas Bar No. 24027990
8350 N. Central Expressway, Suite 1111
Dallas, TX  75206
(214) 242-6484
(214) 265-1950 (fax)

ATTORNEYS FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2025, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Western District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented to accept this Notice as service of this document by electronic means:  J. Stephen Cooper, Jeremy Schepers, Richard Burr, and Richard Smith.

/s/ Rachel Elizabeth Gartman
RACHEL ELIZABETH GARTMAN
Assistant Attorney General